UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLEN BAKER ARROYO,

Plaintiff,

v.

STEPHEE SMITH, et al.,

Defendants.

Case No. 25-cv-02979-JD

**ORDER RE DISMISSAL**

This is a civil rights complaint filed pro se by a state prisoner.  The Court dismissed the first amended complaint with leave to amend after discussing the deficiencies in the case.  The time to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court.  This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: February 10, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California